UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-2125-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| PRIVATE CAPITAL FUND, LLC, et al. | |
| Defendants. | |

Presently pending before the court is a motion to compel filed by plaintiff, and set for hearing on August 24, 2017. (ECF No. 25.) Upon further review of the record, the court notes that the district judge recently issued a minute order vacating all dates and deadlines in the initial pretrial scheduling order and stating that "an order referring this matter to VDRP will be forthcoming." (ECF No. 22.) Thus, in the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an early resolution of this matter through the VDRP, IT IS HEREBY ORDERED that:

1. The August 24, 2017 hearing is VACATED.
2. Plaintiff's motion to compel (ECF No. 24) is DENIED WITHOUT PREJUDICE, subject to potential renewal, if necessary, upon completion of the VDRP process.

1

IT IS SO ORDERED.

Dated: August 16, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE