UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIVATE CAPITAL FUND, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-02125-MCE-KJN<br><br><br>**ORDER** |

On April 12, 2018, this Court issued an Order to Show Cause based on the apparent failure to defend on the part of individual Defendants Raymond Yiu Lee and Sanchalee Santhong Lee. The Court warned that the failure to respond would result in sanctions. Given that no response was ever received and that the individual Plaintiffs have failed for over two years to participate in this action, their Answer (ECF No. 5) is hereby STRICKEN. Not later than twenty (20) days following the date this Order is electronically filed, Plaintiff may (but is not required to) file a request for entry of default as to the individual Defendants.

///
///
///
///

If no request for entry of default is timely filed, Plaintiff's claims against the individual Defendants will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE