UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-02125-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| PRIVATE CAPITAL FUND, LLC, et al., | |
| Defendants. | |

On April 12, 2018, this Court issued an Order to Show Cause based on the apparent failure to defend on the part of individual Defendants Raymond Yiu Lee and Sanchalee Santhong Lee. The Court warned that the failure to respond would result in sanctions. Given that no response was ever received and that the individual Plaintiffs have failed for over two years to participate in this action, their Answer (ECF No. 5) was STRICKEN. ECF No. 35. The Court also directed that any Request for Default must be filed not later than February 21, 2019, and that, absent such a filing the claims against the individual Defendants would be dismissed with prejudice upon no further notice to the parties. No filing has been received. Accordingly, Plaintiffs claims against Raymond Yiu Lee and Sanchalee Santhong Lee are hereby DISMISSED with prejudice.

///

///

1

In addition, pursuant to the stipulation of the parties (ECF No. 34) the remainder of the action is also DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 27, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE